**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EMMANUEL RODRIGUEZ-RODRIGUEZ,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:22-cr-00001 |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated December 5, 2024, ECF No. 498, recommending that the Defendant's plea of guilty to Count One of the Indictment,[1] a violation of Title 21, United States Code, Sections 841(a)(1) and 846 be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 498, is **ADOPTED;** it is further

**ORDERED** that Defendant Emmanuel Rodriguez-Rodriguez's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Emmanuel Rodriguez-Rodriguez is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **February 14, 2025;** it is further

---

[1] The Government filed a "revised" Plea Agreement on December 6, 2024, one day after the filing of the United States Magistrate Judge's Report and Recommendation. The docket text describes the document submitted as "revised" but the document filed is titled "Plea Agreement." The word "Information" is crossed out throughout the body of the Plea Agreement and replaced with "Indictment."

*United States v. Emmanuel Rodriguez-Rodriguez*
Case No. 3:22-cr-00001
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **February 28, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **March 14, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **April 2, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **April 11, 2025, at 10:00 A.M. in STT Courtroom No. 1.**

**Dated:** January 2, 2025                        */s/ Robert A. Molloy*
                                                  **ROBERT A. MOLLOY**
                                                  **Chief Judge**